IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| LAMAR SASSER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:16-CV-252-WKW |
| | ) | [WO] |
| FLORIDA POND TRUCKING, LLC, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On June 24, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 15.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1)   The Recommendation is ADOPTED;

(2)   Plaintiff's Motion to Remand (Doc. # 5) is GRANTED; and

(3)   This action is REMANDED to the Circuit Court of Coffee County, Alabama.

The Clerk of the Court is DIRECTED to take the steps necessary to effectuate the remand.

DONE this 14th day of July, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE